(For former opinion, see 26 Mont. 539, 69 Pac. 1130.)

---

No. 1,753.—BENDER, Respondent, v. FUREY, Sheriff, Appellant.

*Appeal from District Court, Silver Bow County; E. W. Harney, Judge.*

On motion to dismiss appeal.

Decided January 21, 1903.

PER CURIAM.—The motion to dismiss the appeal herein is sustained, and the appeal is accordingly dismissed.

*Messrs. McHatton & Cotter,* and *Mr. George F. Shelton,* for Appellant.

*Messrs. Forbis & Evans,* for Respondent.